**FILED**

10/05/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0281

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 23-0281

| | |
|---|---|
| Anthony Birbilis,<br>　　*Defendant/Appellant,*<br><br>　　　v.<br><br>Saddlebrook Investments, LLC,<br>as Assignee of Stuart M. Simonsen,<br>　　*Plaintiff/Appellee.*<br>_____ | )<br>)<br>)<br>)<br>)　　**ORDER GRANTING EXTENSION**<br>)<br>)<br>)<br>)<br>) |

Upon Motion of Appellee for an extension of time to file its Answer Brief currently due on September 25, 2023, to on or before November 9, 2023, there being no objection from the Parties and for good cause shown,

IT IS ORDERED Appellee Saddlebrook Investments, LLC, shall have until Friday, November 9, 2023, to file its Answer Brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 5 2023